UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20870-CIV-LENARD/LOUIS

**STANLEY JEROME PAPINO,**

    Plaintiff,

**v.**

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social**
**Security Administration,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (D.E. 38), AND GRANTING RICHARD A. CULBERTSON'S UNOPPOSED REQUEST FOR AUTHORIZATION TO CHARGE A REASONABLE FEE (D.E. 36)**

**THIS CAUSE** is before the Court on Magistrate Judge Lauren F. Louis's Report and Recommendations, ("Report," D.E. 38), filed June 5, 2023, recommending that the Court grant Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee, (D.E. 36). Specifically, Judge Louis found that the fee request is authorized by law and reasonable. (Report at 3.) The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 38) issued on June 5, 2023, is **ADOPTED**;

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (D.E. 36) is **GRANTED**; and

3. Plaintiff shall have and receive from Defendant $6,241.58 in attorneys' fees—in addition to the $10,095.92 in attorneys' fees previously awarded under the Equal Access to Justice Act, (see D.E. 35)—for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of June, 2023.

**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**